AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Southern District of Indiana - Indianapolis  on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:24cv1187-JPH-TAB | DATE FILED<br>7/15/2024 | U.S. DISTRICT COURT<br>Southern District of Indiana - Indianapolis |
|---|---|---|
| PLAINTIFF<br>HOT GIRL WALK LLC | | DEFENDANT<br>CASEY SPRINGER d/b/a HOT WALK INDY |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | see attached | 4/25/2023 | Amelia Lind |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order dismissing case entered on 8/5/2024, Dkt. 12. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| *Roger A.G. Sharpe*<br>Clerk, U.S. District Court | *Karen Ungermeier* | 8/13/2024 |

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**

[Print]  [Save As...]  [Reset]