# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

**HOT GIRL WALK LLC,**
 a Delaware limited liability company,

 Plaintiff,

v.

**CASEY SPRINGER d/b/a HOT WALK INDY,**

 Defendants.

> The court acknowledges the Notice of Voluntary Dismissal Without Prejudice, Dkt. [11]. The Clerk is DIRECTED to close this case on the docket. JPH 8/5/2024. Distribution via ECF.

Case No. 1:24-cv-01187-JPH-TAB

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Hot Girl Walk LLC ("Plaintiff," "Hot Girl Walk," or "HGW"), by their attorneys, hereby dismiss this action without prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 2nd day of August, 2024.

Respectfully submitted,

*/s/ Joseph R. Delehanty*
Joseph R. Delehanty (IN 31275-49)
**DICKINSON WRIGHT PLLC**
55 West Monroe Street, Suite 1200
Chicago, IL 60603
Tel: (312) 572-6905
Fax: (844) 670-6009
Email: jdelehanty@dickinson-wright.com